# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| MERYL POMPONIO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AKAL FOODS, as an entity and doing business as "Subway Store # 25461", DON WAI CHEUN NG, as an individual and as trustee for the 2013 Ng Family Revocable Trust, EVELYN YEE NG, as an individual and as trustee for the 2013 Ng Family Revocable Trust, and DOES 1-50, Inclusive,<br><br>　　　　　Defendants. | **Case No. 2:19-CV-01158-TLN-KJN**<br><br>**ORDER**<br><br>[*Filed concurrently with Joint Stipulation to Continue Responsive Pleading*] |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the responsive pleading for all Defendants be continued as follows:

**Current Schedule:**

- Defendant's Response: August 12, 2019

**Modified Schedule:**

- Defendant's Response: September 10, 2019

Mr. Meiselas will notify counsel for Plaintiff whether he is representing Akal Foods within 10 days of this Order.

IT IS SO ORDERED.

Dated: August 7, 2019

Troy L. Nunley
United States District Judge

- 1 -
**ORDER**