# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| MERYL POMPONIO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AKAL FOODS, as an entity and doing business as "Subway Store # 25461", DON WAI CHEUN NG, as an individual and as trustee for the 2013 Ng Family Revocable Trust, EVELYN YEE NG, as an individual and as trustee for the 2013 Ng Family Revocable Trust, and DOES 1-50, Inclusive,<br><br>　　　　Defendants. | **Case No. 2:19-CV-01158-TLN-KJN**<br>*Unlimited Civil Action*<br><br>**ORDER**<br><br>[*Filed concurrently with Joint Stipulation to Continuance to September 10, 2019*] |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the responsive pleading for all Defendants be continued as follows:

**Current Schedule:**

- Defendant's Response: September 10, 2019

**Modified Schedule:**

- Defendant's Response: October 10, 2019

IT IS SO ORDERED.

- 1 -
**ORDER**

Dated: September 11, 2019

　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　United States District Judge